UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AZGOR HOSEN,<br><br>                    Plaintiff,<br><br>           v.<br><br>WILLIAM J. CLEVELAND, JR., FRANK MARTZ COACH COMPANY and MMJS HOLDINGS, LLC,<br><br>                    Defendants. | No. 24-cv-9813 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

On December 26, 2024, the Court ordered the parties to appear for an initial status conference on March 7, 2025 and directed the parties to file a joint status update no later than February 28, 2025. To date, no such letter has been filed. The parties shall file their letter no later than March 4, 2025. Failure to do so may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:   March 3, 2025
         New York, New York

_____
Ronnie Abrams
United States District Judge