Kathleen E. Beatty, Esq.
Kathleen Law P.C.
Chrysler Building
405 Lexington Avenue, 26th Floor
New York, NY 10174
(917) 979-2392
Fax (347) 296-3767
kathleen@kathleen-law.com

September 11, 2025

<u>VIA ECF</u>
Hon. Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square, Room 228
New York, NY 10007

Re:   *Azgor Hosen v. William J. Cleveland et al.*
      Docket No.: 24-CV-9813

Dear Judge Abrams,

The undersigned represents the plaintiff in the above-captioned matter. Counsel for all parties to this action conferred and agreed to submit this joint status report and request for an extension of time to complete discovery.

Since the last joint status report was filed, plaintiff served supplemental discovery responses on or about June 16, 2025, and July 7, 2025 to which defendants have responded. Plaintiff's deposition was completed on August 14, 2025. The deposition of the defendant driver is scheduled to be held on September 24, 2025. The parties plan to complete the testimony of the defendants' three 30(b)(6) witnesses on November 6, 2025. Defendants served a post deposition demand dated August 16, 2025, and the response is due September 15, 2025. Yesterday, Plaintiff served a Demand for Inspection of defendants' bus. The parties are working on a mutually convenient date and time for the inspection to occur. Defendants have designated physical examinations of plaintiff with Dr. Jessica Gallina and Dr. Alexander Merkler and same are being scheduled.

Due to scheduling conflicts, the parties respectfully request an extension of time to complete discovery, as follows:

| Issue | Current Deadline | Proposed New Deadline |
| --- | --- | --- |
| Defendants' depositions | October 3, 2025 | December 12, 2025 |
| Fact discovery | December 12, 2025 | January 28, 2026 |
| Joinder of parties | September 1, 2025 | October 20, 2025 |
| Amendments to the pleadings | November 14, 2025 | December 31, 2025 |
| Requests to admit | November 5, 2025 | December 22, 2025 |
| Expert discovery | January 23, 2026 | March 11, 2026 |

Hon. Ronnie Abrams
September 11, 2025

| Close of all discovery | January 23, 2026 | April 1, 2026 |

      One prior request for an extension was granted. The proposed new schedule would not affect other deadlines. The parties could still appear for a status conference by telephone on December 19, 2025 at 11 a.m.

      Thank you for your time and consideration.

                                              Very truly yours,

                                              /s/ Kathleen E. Beatty

Cc:    Richard E. Leff, Esq.
        BBC LAW, LLP
        Attorneys for Defendants
        90 Broad Street, Suite 1906
        New York, New York 10004
        (917) 449-0702

Application granted. The post-fact discovery conference is adjourned to January 30, 2026 at 11:00 a.m. and will be held at the teleconference link already provided. The parties shall file their status letter one week in advance.

SO ORDERED.

Hon. Ronnie Abrams
September 12, 2025