UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
AZGOR HOSEN,

                Plaintiff,

-against-

WILLIAM J. CLEVELAND, JR, *et al.*,

                Defendant.
-----------------------------------------------------------------X

**ORDER**

**24-CV-9813 (RA) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court has reviewed the parties' letter motions requesting an informal discovery conference concerning the deposition of Defendant William J. Cleveland. See Dkt. Nos. 41–42. The Court GRANTS the parties' request for an informal discovery conference to discuss this issue. The conference will be held in Courtroom 228, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York on **December 8, 2025, at 2:30 PM.**

The parties are directed to file a joint status letter, no more than 3 pages, updating the Court on the status of discovery and any outstanding or potential discovery disputes by **December 1, 2025**. The parties are also ordered to include as an exhibit relevant excerpts from Mr. Cleveland's deposition transcript.

**The Clerk of Court is respectfully requested to close Dkt. No. 41.**

SO ORDERED.

DATED:    New York, New York
                November 18, 2025

                                                         JENNIFER E. WILLIS
                                                         United States Magistrate Judge