**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
AZGOR HOSEN,

                        Plaintiff,

              -against-

WILLIAM J. CLEVELAND, JR, *et al.*,

                     Defendant.

-----------------------------------------------------------------X

                    **ORDER**

              **24-CV-9813 (RA) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The parties appeared before the Court on December 8, 2025, for a discovery conference. For reasons stated more fully on the record, the Court orders the following:

- Plaintiff's request to resume the deposition of Mr. Cleveland is **GRANTED**. Plaintiff may ask questions solely regarding Mr. Cleveland's past gaming violation and logical follow up. Questions about the actions of others, including the Gaming Association, are barred.

- Defendants are responsible for the court reporter costs associated with the resumed deposition, as well as Plaintiff's counsel's time spent filing the relevant discovery letter motion at Dkt. No. 37. As previously stated, Defendants are not responsible for time spent at the December 8 court appearance or related transportation costs. Plaintiff's counsel is ordered to submit her billing records in support of her request for fees associated with drafting the letter motion by **December 19, 2025**.

- The deposition deadline is adjourned from December 12, 2025 to **December 31, 2025**.

- The parties are directed to order a transcript of the discovery hearing and send a courtesy copy to the Court.

SO ORDERED.

DATED:   New York, New York
         December 8, 2025

_Jennifer E. Willis_
JENNIFER E. WILLIS
United States Magistrate Judge