Kathleen E. Beatty, Esq.
Kathleen Law P.C.
Chrysler Building
405 Lexington Avenue, 26th Floor
New York, NY 10174
(917) 979-2392
Fax (347) 296-3767
kathleen@kathleen-law.com

December 19, 2025

VIA ECF
Hon. Jennifer E. Willis
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *Azgor Hosen v. William J. Cleveland Jr. et al.*
      Docket No.: 1:24-cv-9813

Dear Judge Willis:

Pursuant to the Court's Order dated December 8, 2025, the undersigned respectfully submits her billing records in support of her request for attorneys' fees solely associated with time spent preparing the discovery letter motion addressing defense counsel's improper instruction to the defendant not to answer questions. Contemporaneous billing records reflecting this time are included herewith for the Court's review.

| Date | Description | Approximate Time |
|------|-------------|------------------|
| 11/12/2025 | Drafting, editing, and filing discovery letter | 20 minutes |

Plaintiff respectfully submits that the time expended was reasonable and necessary under the circumstances, particularly in light of the Court's finding that the deposition should be resumed and that defendants are responsible for the undersigned's time spent filing the relevant discovery letter motion.

The undersigned customarily works on a contingent fee basis and does not charge an hourly rate. The undersigned has more than fifteen years of experience as a personal injury trial attorney and is principal of this firm. Given the nature of the work and the undersigned's stature, compensation in the amount of $133.33 is requested based on a rate of $400 per hour. The undersigned is guided by the following case law. *Osborn v. Commissioner of Social Security*, No. 1:22-cv-10927 (S.D.N.Y. Dec. 14, 2025); *Alicea v. City of New York*,

No. 13-cv-7073 (S.D.N.Y. 2017); and *Charles v. City of New York*, No. 13-cv-3547 (PAE) (S.D.N.Y. Sept. 4, 2014).

       Thank you for the Court's time and consideration.

                    Very truly yours,

                    /s/ Kathleen E. Beatty

Cc:    Richard E. Leff, Esq.
       BBC Law, LLP
       90 Broad Street, Suite 1906
       New York, NY 10004
       rleff@bbclawfirm.com

In accordance with the undersigned's previous order at Dkt. No. 46, and having found Plaintiff's counsel's attorney fees related to time spent preparing the discovery letter motion at Dkt. No. 37 reasonable, Plaintiff's request for attorney fees is GRANTED. Defendant is ordered to pay $133.33 to Plaintiff. SO ORDERED.

*Jennifer E. Willis*

JENNIFER E. WILLIS
United States Magistrate Judge
December 23, 2025