Kathleen E. Beatty, Esq.
Kathleen Law P.C.
Chrysler Building
405 Lexington Avenue, 26th Floor
New York, NY 10174
(917) 979-2392
Fax (347) 296-3767
kathleen@kathleen-law.com

January 29, 2026

<u>VIA ECF</u>
Hon. Ronnie Abrams
Southern District of New York
40 Foley Square
New York, New York 10007

Re:     *Azgor Hosen v. William J. Cleveland, et al.*
        Docket No. 24-CV-9813

Dear Judge Abrams:

The undersigned represents the plaintiff in this matter.  Based on the Court's prior referral of all pretrial matters to Judge Willis, counsel had mistakenly believed that the previously scheduled conference would be taken off the calendar. Upon receiving chambers' email today, counsel realized that the conference remained on the calendar and promptly conferred.

All parties respectfully request that tomorrow's post fact discovery conference, scheduled for 11 a.m., be adjourned. By Order dated January 16, 2026, Judge Willis provided time to meet and confer and complete requests for admission.  Accordingly, the parties respectfully request that the conference be adjourned by a period of 45 days or to such other date as the Court deems convenient. No prior request for an adjournment of this conference has been made.

Thank you for the Court's consideration.

Respectfully submitted,

/s/ Kathleen E. Beatty

Cc:     Richard E. Leff, Esq.
        BBC Law, LLP
        Attorneys for Defendants
        90 Broad Street, Suite 1906
        New York, NY 10004
        rleff@bbclawfirm.com

Application granted.  The parties shall promptly notify the Court upon the completion of discovery.

SO ORDERED.

_____
Hon. Ronnie Abrams
January 29, 2026