**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
AZGOR HOSEN,

                           Plaintiff,

             -against-

WILLIAM J. CLEVELAND, JR, *et al.*,

                        Defendant.
-------------------------------------------------------------------X

                **ORDER**

       **24-CV-9813 (RA) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court is in receipt of Defendants' letter motion at Dkt. No. 55 and subsequent responses between the parties at Dkt. Nos. 56–58.  The Court **DENIES** the parties' request for a conference, but **GRANTS** Defendants' request to extend fact and expert discovery deadlines.  The Court finds good cause to extend discovery deadlines given post-deposition discovery remains outstanding.  However, the parties are warned that the Court will not grant any additional extension requests absent extraordinary circumstance.  The amended deadlines shall be as follows:

- Fact discovery deadline: March 31, 2026

- Expert discovery deadline: April 30, 2026

Further, both Plaintiff's and Defendants' requests for sanctions are **DENIED**. The parties are reminded to exercise professionalism and work in good faith to resolve disputes before raising them prematurely with the Court.

**The Clerk of Court is respectfully request to close Dkt. Nos. 55, 56, and 57.**

SO ORDERED.

DATED:    New York, New York
          February 20, 2026

_Jennifer E. Willis_
JENNIFER E. WILLIS
United States Magistrate Judge

2