UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
HOSEN,

                        Plaintiff,                          **ORDER**

        -against-                                   **24-CV-9813 (RA) (JW)**

CLEVELAND, *et al.*,

                        Defendants.
------------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

        The Court is in receipt of the letter motions at Dkt. Nos. 74 and 75.

        As discussed in the Court's May 15 order, Plaintiff was directed to send to the

Court Ms. Merced's handwritten notes with proposed redactions for *in camera* review.

Plaintiff elected to not propose any redactions to the Court and instead, provided a

copy of transcribed notes to defense counsel.  See Dkt. No. 74, 75.  To ensure

completeness, Plaintiff must also provide a scanned version of the original

handwritten notes to Defendants by **May 28, 2026**.

        Further, the Court understands that the parties have limited availability to

conduct a vocational evaluation of Plaintiff and subsequent deposition of defense

expert Michael Ehrenreich by the original June 12 deadline.  As such, the deadline is

extended to **August 12, 2026.**  The parties are warned that the Court will not provide

any additional extensions absent extenuating circumstance.  The parties are expected

to work in good faith and provide at least three available dates to opposing counsel

for both the vocational evaluation of Plaintiff and deposition of Ehrenreich.  Further,

any vocational report must be served at least **four business days** before Ehrenreich's scheduled deposition.

**The Clerk of Court is respectfully requested to close Dkt. Nos. 74 and 75.**

SO ORDERED.

DATED:     New York, New York
           May 26, 2026

_____
JENNIFER E. WILLIS
United States Magistrate Judge