**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
AZGOR HOSEN,

                         Plaintiff,

               -against-

WILLIAM J. CLEVELAND, JR, *et al.*,

                       Defendants.
-----------------------------------------------------------------X

             **ORDER**

     **24-CV-9813 (RA) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court is in receipt of the parties' letter motions regarding proposed briefing schedules for forthcoming motions for summary judgment. See Dkt. Nos. 81 and 82. While each party provided dueling proposed briefing schedules, it is unclear to the Court whether discovery is indeed complete. For instance, the Court granted Plaintiff's request to compel the deposition of defense expert Michael Ehrenreich with an August 12, 2026 deadline, and it is the Court's understanding that the deposition has not yet been taken. See Dkt. No. 76. Further, Defendants purport that Plaintiff failed to produce handwritten notes of IME watchdog Ms. Merced. See Dkt. No. 82. However, Defendants do not appear to be raising a letter motion to compel regarding this issue.

To that end, the parties are ordered to file a joint letter by **July 7, 2026** confirming the following: 1) whether Plaintiff intends to take the deposition of Mr. Ehrenreich; 2) whether Defendants intend to move to compel any of the discovery items described in their letter at Dkt. No. 82; and 3) whether the Parties would like

a mediation referral or would like to engage in a judicially assisted settlement conference.

**The Clerk of Court is respectfully request to close Dkt. Nos. 77 and 78.**

SO ORDERED.

DATED:    New York, New York
          July 2, 2026

_Jennifer E. Willis_
JENNIFER E. WILLIS
United States Magistrate Judge

2