**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

AZGOR HOSEN,

Plaintiff,

-against-

WILLIAM J. CLEVELAND, JR, *et al.*,

Defendants.

---------------------------------------------------------------X

**ORDER**

**24-CV-9813 (RA) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The briefing schedule for the parties' forthcoming motions for summary judgment shall be as follows:

- Opening papers (by either party): August 25, 2026
- Opposition papers: September 24, 2026
- Reply papers: October 8, 2026

SO ORDERED.

DATED: New York, New York
July 8, 2026

Jennifer E. Willis

JENNIFER E. WILLIS
United States Magistrate Judge